IN THE UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 1:19CR185 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD NUGENT |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR CONTINUANCE** |
| ANDREW CARTER | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes Defendant Andrew Carter, by and through his Attorney Donald Butler and respectfully moves this Honorable court for a continuance of the Change of Plea Hearing scheduled for Wednesday, July 24, 2019 at 9:00 a.m., due to the fact that Counsel has a conflict in his schedule on said date. Counsel states that he currently out of town on vacation from July 15 through August 9, 2019. Furthermore, Counsel for Defendant request the court reschedule this matter on Tuesday, August 13, 2019 at 9:00 a.m.

Finally, counsel for defendant moves this court to grant their request for a continuance due to the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. Defendants through their counsel states that the government does not object to a continuance of the trial date originally set in this matter. Additionally, the defendant consent to a continuance.

Respectfully Submitted,

/s/Donald Butler

_____

Donald Butler, 0005968
Attorney for Defendant
1220 W Sixth Street, Suite 203
Cleveland, Ohio 44113
Tel. (216) 621-7260

## CERTIFICATE OF SERVICE

I hereby certify that on 16th day of July, 2019, a copy of the Motion for Continuance filed electronically, Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

/s/Donald Butler

_____
Donald Butler, 0005968
Attorney for Defendant
1220 W. Sixth Street, Suite 203
Cleveland, OH 44113
(216) 621-7260